# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ronny Auburn Doran,                                        Civil No. 07-104 (DWF/RLE)

        Plaintiff,

v.                                                                                  **ORDER**

Joan Fabian, in her individual and official
capacity as Commissioner of Minnesota
Dept. of Corrections; Patricia Orud, in her
individual and official capacitiy as Director
of Behavior Health Services of Minnesota
Dept. of Corrections; Nancy Stacken, in her
individual and official capacity as Director of
Behavior Health Services of Minnesota
Dept. of Corrections; Gretchen Alper, in her
individual and official capacity; Virginia
Mandac, in her individual and official capacity;
Terry Lehman, in his individual and official
capacity; Nannette Schoeder, in her individual
and official capacity as Medical Director of MN
Dept. of Corrections; and Keith Kruger, in his
individual and official capacity,

        Defendants.

---

Ronny Auburn Doran, *Pro Se*, Plaintiff.

Kelly S. Kemp, Assistant Attorney General, Minnesota Attorney General's Office, counsel
for Defendants Joan Fabian, Nancy Stacken, and Nannette Schoeder.

John B. Casserly, Esq., Geraghty O'Loughlin & Kenney, PA, counsel for Defendants
Gretchen Alper, Virginia Mandac, Terry Lehman, and Keith Kruger.

---

Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that**:**

This action is **DISMISSED**, as to the Defendant Patricia Orud, for failure to comply with this Court's Order of August 13, 2007, and for lack of prosecution.

Dated:  December 12, 2007          s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   Judge of United States District Court